# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| LORENZO CARDENAS PEREZ, § | |
|     "Petitioner," § | |
| § | |
| v. § | |
| § | Civil Action No. 1:25-cv-00181 |
| KRISTI NOEM, Secretary of the United § | |
| States Department of Homeland Security, et § | |
| al., § | |
|     "Respondents." § | |

## ORDER

The Court conducted a telephonic status conference on September 3, 2025 at 10:00 a.m. Central Time. Pursuant to that conference, the Court **will hold an in-person hearing on September 9, 2025 at 1:30 p.m.** The Court hereby **ORDERS** the parties to attend this hearing and encourages them to submit any discretionary briefing as soon as possible.

Signed on September 3, 2025.

_____
Rolando Olvera
United States District Judge