United States District Court
Southern District of Texas
**ENTERED**
December 05, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| LORENZO CARDENAS PEREZ,  "Petitioner," | § § § |
| v. | § § |
| KRISTI NOEM, Secretary of the United States Department of Homeland Security, et al.,  "Respondents." | § § § § § | 

Civil Action No. 1:25-cv-00181

## ORDER

The Court previously granted Petitioner's habeas petition in part and declined to close this case before receiving a status report from Respondents on their compliance with our order. Dkt. No. 33. Because Respondents have submitted this status report, Dkt. No. 34, the Clerk of the Court is hereby **ORDERED** to close this case.

Signed on December 5, 2025.

_____
Rolando Olvera
United States District Judge